DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DENNIS FORD,**
Appellant,

v.

**MOREGUARD MONTERRA, LLC,**
Appellee.

No. 4D2023-0921

[March 14, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Mardi Levey Cohen, Judge; L.T. Case No. COCE22-064073.

Dennis Ford, Hollywood, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***